United States District Court
for the District of Massachusetts

Violene Jeune, A 77 927 961
  Petitioner
— vs —
Bureau of Immigration and Customs
Enforcement, Bruce Chadbourne, Interim
Field Office et al,
  Respondents

Motion for Leave to Proceed in
forma pauperis and Motion for
a fee waiver.

Petitioner, Violene Jeune, respectfully
begs the Courts permission to allow
her to proceed in forma pauperis
and to waive all fees.
Petitioner is indigent and has no
source of income.

Thank you for your kind Cooperation
Respectfully
Violene Jeune  3-26-04
Bristol County Jail
400 Faunce Corner Rd.
N. Dartmouth, Mass 02747
Dated 3/25/04