United States District Court
Office of the Clerk
//United States Courthouse
1 Courthouse Way. Suite 2300
Boston, MA 02210

# A 77927961
4-10-04

I Violene Jeune

I was born in Port-au-Prince, Haiti, and I am 20 years old. I came to the United States on April 2000. I came to the United States looking for a better life because of my situation of Haiti. I was living with my brother and my cousin in Port-au-Prince Haiti. My brother and my cousin are members of a group called OPL (Organization political Lavalas). They were participated in OPL meeting and campaigned for OPL candidates. The meetings are held at the OPL headquarters at least once a week. On the of April 8, 2000. Four armed men broke into my house and faced me. My brother and my cousin outside. When they got

us outside they started beating us with bats. They took my brother and my cousin away with them and I have not seen them or heard from them since the attack. The reason they attacked us is because my brother and my cousin were members of OPL and because of political beliefs and opinions.

After this attack these same people returned near to my home a couple of hours later to get me. I heard them say "go and get her" and two of them entered. I believe that there were at least two more men outside my house when I heard them say, go and get her. I ran and hid from them. I knew I couldn't stay at my house so I left home and went hiding in another part of Port-au-Prince called La Pleine.

I went into hiding because I was in fear of my life. I am afraid that if I am send back to Haiti I would be in immediate danger. Because the group of armed men that kidnaped my brother and my cousin are still looking for me. I apologize

Because I came here in the United States Illegaly but please I'm begging you with respectfully request that I be granted for release from you.

I has been working for 14 years payed taxes, I worked hard and I has my own apartement. I has enrolled my self into the school to better my self here in the United States.

I also been on my best behavior since I've been Detain. Please I am asking for a chance to stay in the United States to go to school and to wark to lift up my life.

I will be more than greatful to be release even on supervision place by INS.

thanks for your time.
May God bless you.

Sincerly
Violene Jeune
Bristol County Sheriff's
Office 400 Faunce Corner
Road North Dartmouth
MA 02747.