UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIOLENE JEUNE, )
 )
        Petitioner )
 ) Civil Action No.
    v. ) 04cv10606-REK
 )
PETER PERRONCELLO, )
Superintendent of the Bristol )
County Jail and House of )
Correction )
 )
        Respondents )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on April 26, 2004**, or such reasonably foreseeable date thereafter should the April 26, 2004, flight be cancelled.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: _____
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        Department of Homeland Security
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114
        (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 6, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114