```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

VIOLENE JEUNE,                  )
          Petitioner,           )
                                )
     v.                         )  Civil Action No. 04-10606-REK
                                )
PETER PERRONCELLO,              )
Superintendent of the           )
Bristol County Jail             )
and House of Correction,        )
          Respondent.           )
```

PROCEDURAL ORDER

For the reasons stated below, the Court directs the Clerk to serve respondent with a copy of petitioner's affidavit and invites a reply by respondent.

BACKGROUND

On March 29, 2004, Violene Jeune, an immigration detainee now being held at the Bristol County Jail and House of Correction (North Dartmouth), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 complaining that her continued detention is unlawful under Zadvydas v. Davis, 533 U.S. 678, 687-688 (2001).

The following motions are now pending before the Court: (1) petitioner's Application to Proceed without Prepayment of Fees (Docket No. 5); (2) Respondent's notice of intent to execute petitioner's final order of removal on April 26, 2004 (Docket No. 7); (3) Respondent's motion to dismiss the petition (Docket No. 4; and (4) Respondent's return and

memorandum in support of motion to dismiss (Docket No. 8).

On April 14, 2004, petitioner filed an affidavit in support of her petition for writ of habeas corpus.  See Docket Nos. 6.  There is no certificate of service indicating that petitioner served a copy of her affidavit on respondent.

## DISCUSSION

Because the assigned judge is unavailable until Tuesday, April 20, 2004, and the petitioner is scheduled for removal on April 26, 2004, the undersigned will direct the clerk to serve a copy of the affidavit on respondent.  The respondent is invited to reply.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, the Clerk shall forward a copy of petitioner's affidavit by fax and regular mail; and it is further

ORDERED, the respondent is invited to reply; and it is further

ORDERED, the Clerk shall forward a the case file with a copy of this order to Judge Keeton's session.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>16th</u> day of <u>April</u>, 2004.

                                                /s George A. O'Toole, Jr.
                                                George A. O'Toole, Jr.

UNITED STATES DISTRICT JUDGE