UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIOLENE JEUNE,                          )
                                        )
            Petitioner                  )
                                        )
    v.                                  )        Civil Action No.
                                        )        04cv10606-REK
PETER PERRONCELLO,                      )
Superintendent of the Bristol          )
County Jail and House of               )
Correction                             )
                                        )
            Respondents                 )

RESPONDENT'S REPLY TO ORDER DATED APRIL 16, 2004

Respondent[1] replies to the Court's Order dated April 16,

2004, and asserts that petitioner's recent correspondence to the

Court dated April 10, 2004, refers to the same claim that has

already been determined administratively.  Petitioner had applied

for the relief of asylum in administrative proceedings before the

Immigration Judge, but the Immigration Judge denied that

application on May 1, 2001, and ordered petitioner removed to

Haiti.  Petitioner then appealed that order to the Board of

Immigration Appeals, which summarily affirmed the removal order

by decision dated October 29, 2002.

    There is no administrative impediment to petitioner's

removal, which is now scheduled for **April 26, 2004,** or such

---

[1] As of a DHS restructuring effective June 9, 2003,  the
responsive successor official of the Department of Homeland
Security having control of petitioner's immigration custody in
the instant action is Bruce Chadbourne, Field Office Director for

reasonably foreseeable date thereafter should the **April 26, 2004,** flight be cancelled.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 19, 2004.

_____

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

---

Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.