```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

VIOLENE JEUNE,                    )
          Petitioner,             )
                                  )
     v.                           )  Civil Action No. 04-10606-REK
                                  )
PETER PERRONCELLO,                )
Superintendent of the             )
Bristol County Jail               )
and House of Correction,          )
          Respondent.             )
```

                    FINAL JUDGMENT
                    April 20, 2004

For the reasons stated in the Memorandum and Order of this date, it is ORDERED:

> This habeas petition is DISMISSED without prejudice to its re-filing by petitioner if her removal is not effected as planned.

                                    TONY ANASTAS,
                                    CLERK OF COURT

                              By _/s/ Barbara Morse_____
                                    Deputy Clerk